FILED

FEB 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

APPENDIX
ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

# BA 207042847

Case: 1:08-cv-00367
Assigned To : Unassigned
Assign. Date : 2/29/2008
Description: Habeas Corpus/2255

RICHARD SPRUEL,
PETITIONER, King County Jail
Correctional Facility
500 Fifth Street
Seattle, Washington
98104

VS.

STATE OF WASHINGTON,
RESPONDENT.

CAUSE NO

PETITION FOR WRIT
OF MANDAMUS
PROHIBITION CHALLEN-
GING THE FRAUDULENT
JUDGMENT AND SENTENCE.

PETITION FOR WRIT OF MANDAMUS
PROHIBITION.

SET FORTH, ARE THE REASONS WHY
THE WRIT SHOULD ISSUE.

## GROUND #1

PETITIONER HAS NEVER BEEN SENTENCE UNDER
CAUSE NUMBER 06-1-05801-8SEA OR CAUSE NUMBER
07-100326-2SEA NOR ANY NUMBER FOR 2006 THEREFORE THE
JUDGMENT AND SENTENCE FOR 2006 IS FRAUD [illegible]
PETITIONER CAN AND WILL PROVE IT.

## GROUND #2

PETITIONER JUDGMENT AND SENTENCE FOR
1992 AND 1996 IS VIOD, A NULLITY, BECAUSE
PETITIONER WAS GIVEN AN EXCEPTIONAL

NANCY MAYER WHITTINGTON, C
U.S. DISTRICT COURT

RECEIVED
JAN 30 2008

## APPETITION
### ORIGINAL

SENTENCE WITHOUT A JURY, THEREFORE THE WRIT SHOULD BE GRANTED IN ITS ENTERITY.

## GROUND 3

PETITIONERS JUDGMENT AND SENTENCE VIOLATES THE EXPOST FACTO, DUE PROCESS, DOUBLE JEOPARDY, AND EQUAL PROTECTION CLAUSE, OF THE UNITED STATES CONSTITUTION PETITIONER WAS SENTENCE UNDER A NEW LAW IN 1992 AND AGAIN IN 1996 IN VIOLATION OF THE CONSTITUTION AGAINST EXPOST FACTO LAW, SEE ROBERT GRHAM VS. HOYTT WEAVER, THE CONSTITUTION FORBID THE CONGRESS AND THE STATES FROM ENACTING ANY EXPOST FACT LAW, PETITIONER WAS GIVEN MULTIPPLE COUNTS FOR THE SAME ALLEGED CRIME INVIOLATION OF THE FIFTH AMENDMENT TO THE UNITED STATES CONSTITUTION, THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION GUARANTEES ADFENDANT PROCEDURAL DUE PROCESS AND EQUAL PROTECTION BEFORE ANY LIFE LIBERTY OR PROPERTY, CAN BE TAKEN, BUT PETITIONER LIBERTY HAS BEEN TAKEN NOT ONCE BUT FOUR TIMES WITHOUT PROCEDURAL DUE PROCESS OR EQUAL PROTECTION.

## GROUND 4

# APPENDIX
## ORIGINAL

OFFENDER SCORE OF 32, CONTRARY TO RCW 9.94A.400
PETITIONER HAS NO PAST HISTORY OF CRIME.
THEREFORE HIS OFFENDER SCORE SHOULD HAVE
BE ZERO, OR ONE POINT.


## GROUND #5

PETITIONER JUDGMENT AND SENTENCE HAS
SOME COUNTS RUNNING CONSECTIVE AND
OTHER COUNTS RUNNING CONCURRENT, CONTRARY
TO PRESTON VS. US, NASS VS US, AND CONTRARY TO
RULE 35 FEDERAL CRIMINAL PROCEDURE, SEE
RCW 9.94A.400.


## GROUND #6

PETITIONER HAS A LIBERTY INTEREST WHICH
ENTITLES HIM TO PROCEDURAL DUE PROCESS AND
EQUAL PROTECTION, HOWEVER, PETITIONER LEGAL
MATERIAL, WAS CONFISCATED ON OCTOBER 4, 2007.
BY KING COUNTY JAIL OFFICERS, ORDERED BY
THE DISTRICT ATTORNEY OR IF YOU PREFER, THE
STATE OF WASHINGTON, THIS LEGAL MATERIAL HAS
EXCULPATORY EVIDENCE WHICH TENDS TO NEGATE
PETITIONERS ALLEGED GUILTY. PETITIONER HAS
MADE NUMEROUS AND REPEATED REQUESTS TO KING

APPENDIX
ORIGINAL

UNITED STATES DISTRICT COURT IN SEATTLE, AND IN EVERY, CASE THE COURTS HAVE REFUSED TO ORDER THE JAIL TO GIVE PETITIONER ACCESS TO his LEGAL MATERIAL, THIS THEN DENYS PETITIONER PROCEDURAL DUE PROCESS AND EQUAL PROTECTION.

## GROUND #7

This PETITION FOR WRIT OF MAN-DAMUS, PROhiBITION, IS MADE PURSUANT TO 28 U.S.C. 1331 THE RULE OF DIVERSITY, ALL THE COURTS OF THE UNITED STATES, ARE PART OF A CORPORATION which TRANSACT BUSINESS, Through OUT THE UNITED STATES, THERE-FORE THE VENUE IS PROPER, PETITIONER CAN NOT hAVE PROCEDURAL DUE PROCESS NOR EQUAL PROTECTION, IN THE STATE OF WASHINGTON, SEE APPENDIX 'I ENCLOSED hEREIN, DUE TO BIAS, PREJUDICE, FRAUD, SPECIAL INTEREST, TAMPERING WITH COURT FILES RACISM ON THE PART OF COURTS OF THE STATE OF WASHINGTON FEDERAL, AND STATE, AND PETITIONER CAN PROVE IT,

## GROUND #8

THE UNITED STATES DISTRICT COURT

APPENDIX
ORIGINAL

PETITION FOR WRIT OF HABEAS CORPUS
2254. THE COURTS OF THE UNITED STATES
HAS HELD THAT A PETITION FOR WRIT OF
MANDAMUS PROHIBITION, IS AN EXTRAORDINARY
WRIT ONLY, TO BE USED WHEN ALL OTHER
REMEDIES HAS BEEN EXHAUSTED. PETITIONER
HAS EXHAUSTED ALL STATE REMEDIES, AND HIS
PETITION FOR WRIT OF MANDAMUS PROHIBITION
FILED ON NOVEMBER 5, 2007, SHOULD HAVE BEEN
RESPONDED TO BY THE STATE OF WASHINGTON,
WITHIN 72 HOURS OR TWENTY DAYS FOR GOOD CAUSE
SHOWN, HOWEVER, THE UNITED STATES DISTRICT
COURT IN SEATTLE. REFUSED TO ORDER THE
STATE OF WASHINGTON TO RESPOND. THIS WAS
DONE TO GIVE THE STATE A TACTICAL ADVANTAGE
PETITIONER CAN BACK UP ALL CLAIMS AND
ALLEGATIONS. PETITIONER HAS FILED FOUR
WRITS CHALLENGING THE STATES JURISDICTION
OVER THE SUBJECT MATTER, THREE PETITIONS
FOR WRIT OF MANDAMUS PROHIBITIONS, AND
A PETITION FOR WRIT OF HABEAS 2254 AND IN
EVERY CASE, THE COURTS HAVE RELIEVED
THE STATE OF ITS BURDEN. EVEN THE TERRORIST
AT GUANTANAMO BAY ARE GOING TO BE GIVEN
PROCEDURAL DUE PROCESS IN 2008, SEE BOSH. AND
ALODAH VS. US, WHY DO TERRORIST GET PROCEDURAL
DUE PROCESS, BUT PETITIONER CAN NOT?

APPEND
ORIGINAL

CORRECTED AND IS MORE THAN 16 YEARS OLD, SEE STATE VS. HEAD 136 WN.2d AT PAGE 3. PETITIONER WAS GIVEN AN EXCEPTIONAL SENTENCE OF 178 MONTHS IN 1992 AND 23-YEARS IN 1996, BY THE NOW DECEASED, JUDGE JAMES BATES, UNDER KING COUNTY CAUSE NUMBER, 91-1-05516-1 WITHOUT ANY NEW CHARGES OR CONVICTION, PRIOR TO THIS UNLAWFUL SENTENCE, THE STATE OF WASHINGTON AND THE COURT OF APPEALS DIVISION "I IN SEATTLE, CONCURRED WITH YOUR PETITIONER, THAT THE 178 MONTHS JUDGMENT AND SENTENCE, EXCEEDS THE TEN YEARS STATUTORY MAXIMUM TERM, ALLOWED BY STATE LAW, AND ORDERED THE JUDGE TO CORRECT THE JUDGMENT AND SENTENCE, HOWEVER, HE REFUSED AND RESENTENCE. PETITIONER TO A TERM OF 23 YEARS WITHOUT ANY NEW CHARGES OR CON-VICTIONS, ON OCTOBER 8, 1996, SEE STAT OF WASHINGTON VS. RICHARD SPRUEL, COURT OF APPEALS, CAUSE NUMBER 31924-1 JUNE 18, 1995 AT PAGE 17, THE COURT OF APPEALS ALSO AGREED WITH PETITIONER, THAT HE WAS SENTENCE UNDER A NEW LAW WHICH WAS PAST AFTER PETITIONER ALLEGED CRIME HAD ALREADY ALLEGED-LY OCCURRED, THUS MAKING THE JUDGMENT AND SENTENCE UNCONSTITUTIONALLY EXPOST FACTO, IN STATE VS. HEAD AT PAGE 3, THE SUPREME COURT OF

APPENDIX
ORIGINAL

RESULT IN DISMISSAL WITH PREJUDICE, THAT ANY ATTEMPT TO CORRECT A JUDGMENT AND SENTENCE, WHICH IS MORE THAN THREE 3, YEARS OLD, WILL GIVE THE APPEARANCE OF UNFAIRNESS, BUT THE STATE OF WASHINGTON DOESNT AGREE, THE MERE FACT THAT THE STATE WOULD HOLD PETITIONER IN PRISON FOR FIFTEEN (15) YEARS WITH A VOID JUDGMENT AND SENTENCE, AND USE THAT VOID JUDGMENT, AND SENTENCE TO CONVICT PETITIONER FOR FAILURE TO REGISTER, PROVES THAT THEY HAVE NO RESPECT FOR THE LAW, OR THE UNITED STATES CONSTITUTION, AND THE STATE ARE CONTINUING TO DISRESPECT THE LAW AND PETITIONERS CIVIL RIGHTS BY WITHHOLDING EXCULPATORY EVIDENCE, USING THREATS AND INTIMIDATION TO FORCE PETITIONER TO COME TO THEIR UNLAWFUL AND FRIVOLOUS PAROLE HEARING, THIS WAS DONE TO TRY AN GIVE THE DISTRICT ATTORNEY AWAY AROUND THE PETITION FOR WRIT OF MANDAMUS PROHIBITION, THUS TO GIVE THE STATE, A NOTHER BITE AT THE ALREADY ROTTEN APPLE, PETITIONER, BROUGHT THIS TO THE ATTENTION OF BRUCE-RIFKIN, CLERK OF UNITED. STATES DISTRICT COURT IN SEATTLE, IN A LETTER DATED DECEMBER 10,2007, IN ADDITION, PETITIONER FILED A MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIM-

# APPENDIX
## ORIGINAL

PETITION FOR WRIT OF HABEAS CORPUS, 2254, A COPY WAS SERVED ON NORM MALENG, DISTRICT ATTORNEY FOR THE STATE OF WASHINGTON, PETITIONER HAD ALREADY ASKED THE COURT NUMEROUS AND REPEATED TIMES, TO ORDER THE RESPONDENT STATE OF WASHINGTON TO RESPOND TO PETITION FOR WRIT OF MANDAMUS PROHIBITION HOWEVER, IN EVERY CASE, THE COURT REFUSED TO ACKNOW LEDGE RECEIPT OF, OR RESPON TO MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY IN JUNCTION, AND NEITHER DID THE STATE.

ON DECEMBER 28, 2007, PETITIONER RECEIVED AN ORDER AND RECOMMENDATION OF DISMISSAL FROM UNITED STATES DISTRICT COURT STATING THAT PETITIONER ASK THE COURT TO INTEVENE INTO AN ON GOING PAROLE HEARING, THAT PETITIONER STATES THAT HE IS BEING DENIED PROCEDURAL DUE-PROCESS, OF COURSE THIS IS ANOTHER BLATANT ATTEMPT TO GIVE THE STATE THE RIGHT TO CONTINUE RAIL ROADING PETITIONER, AND TO AGAIN RELIEVE THE STATE OF ITS BURDEN, TO RESPOND TO PETITION FOR WRIT OF MANDAMUS PROHIBITION, FURTHER MORE, AT NO TIME DID PETITIONER EVER ASK THE COURT TO INTEVENE INTO AN ILLEGAL PAROLE HEARING, IN ANY OF HIS PETITIONS FOR

APPENDIX
ORIGINAL

EXCULPATORY EVIDENCE. BY THE STATE, AND
DENIAL OF ACCESS TO PETITIONERS LEGAL
MATERIAL, CURRENTLY BEING HELD IN THE
KING COUNTY JAIL PROPERTY ROOM, NOR
DID THE COURT ADDRESS ALL THE GROUNDS
RAISED IN THE PETITION FOR WRIT OF
MANDAMUS PROHIBITION, THE STATE CAN
NOT LEGALLY HAVE A PAROLE HEARING
AHEAD OF THE STATES CHARGE, AND THATS
THE CRUX OF PETITION FOR WRIT OF HABEAS
CORPUS 2254, WHICH WAS FILED IN UNITED
STATES DISTRICT COURT, IN SEATTLE ON
NOVEMBER 18, 2007. HOW THE COURT GOT THE
WRIT OF HABEAS CORPUS, MIXED UP WITH THE
WRIT OF MANDAMUS, IS BEYOND PETITIONER
THE RULES OF PETITION FOR WRIT OF MAN-
DAMUS PROHIBITION, IS CLEAR, IT IS AN
EXTRAORDINARY WRIT, IT IS TO BE RESPONDED TO
BY THE RESPONDENT, WITHIN 72 HOURS OF RECEIPT
OR WITHIN 20 DAYS FOR GOOD CAUSE SHOWN, THE
COURT SHOULD GRANT THE WRIT OF MANDAMUS
IN ITS ENTIRETY, IF THE PETITIONER CAN SHOW
THAT HE IS ENTITLE TO ANY OF THE GROUNDS
RAISE IN SAID PETITION FOR WRIT OF MAN-
DAMUS. PROHIBITION, THUS IT IS ABUNDANTLY
CLEAR TO PETITIONER, AND HOPEFULLY, TO THE
COURTS OF THE DISTRICT OF COLUMBIA, THE US
DEPARTMENT OF JUSTICE, THE SENATE, AND THE

APPENDIX
ORIGINAL

TAMPERING WITH LEGAL MAIL, IN COMING AND OUT GOING LEGAL MAIL, BY AGENTS TRANSLATORS, FALSEFYING COURT FILES BY COURT CLERKS, RETALIATION BY JAIL OFFICERS, BLOWING COLD AIR CONDITION AIR INTO PETITIONERS CELL, IN RETALIATION FOR FILING GRIEVANCE, A— GAINST, THE JAIL OFFICERS AND FOR PETITION- ING THE COURT FOR REDRESS OF GRIEVANCE,

FOR EXAMPLE, OF FALSEFYING AND TAMPERING WITH COURT RECORD, AND FILES, ON DECEMBER 26, 2007, PETITIONER RECEIVED A JUDGMENT AND SENTENCE FOR 2006, FROM JUDGE HELEN- HALPERT, KING COUNTY SUPERIOR COURT, BUT THE STRANGE THING IS, PETITIONER WAS NEVER SENTENCE IN 2006, AND PETITIONER WILL HAVE NO PROBLEM PROVING THIS IF IT BECOMES NECESSARY, THIS IS THE SAME JUDGE WHO CLAIM THAT PETITIONER FILED A MOTION FOR RELIEF FROM JUDGMENT OR ORDER IN HER COURT, THE ORDER SAID THAT THE MOTION SHOULD BE SENT TO THE COURT OF APPEALS, AS A PERSONAL RESTRAINT PETITION, AND WOULD SERVE THE ENDS OF JUSTICE, BEAR IN MIND, THAT PETITIONER SERVED A COPY OF PETITION FOR WRIT OF MANDAMUS PROHIBITION, AND A COPY OF PETITION FOR WRIT OF HABEAS CORPUS, ON JUDGE HALPERT, AND ON THE STATE AS WELL,

APPENDIX
ORIGINAL

DISTRICT COURT, THIS WAS DONE NOT TO HELP
PETITIONER, BUT RATHER, TO GET HIS PETITIONS
THROWN OUT OF COURT, OR DISMISSED, AND THATS
WHAT UNITED STATES DISTRICT COURT AND THE
STATE IS TRYING TO DO NOW, SO PETITIONER
WAS FORCED TO FILE ANOTHER WRIT OF
MANDAMUS, PROHIBITION, BECAUSE LIKE THE
FRAUDULENT JUDGMENT AND SENTENCE,
PETITIONER CAN PROVE THAT AT NO TIME
DID HE EVER FILE A MOTION FOR RELIEF,
FROM JUDGMENT OR ORDER IN JUDGE
HALPERT, COURT, NOR DID PETITIONER AUTHORIZE
ANY ONE ELSE TO FILE TO FILE SAID MOTION
IN JUDGE HALPERT, COURT, THIS IS ONE OF
THE MANY REASONS WHY PETITIONER CAN
NOT HAVE PROCEDURAL DUE PROCES OR
EQUAL PROTECTION, IN ANY OF THE COURTS
OF THE STATE OF WASHINGTON, PETITIONERS
CASE WOULD MAKE THE MIKE NIFUNG CASE,
LOOK LIKE A PICNIC,

## PRAY FOR RELIEF

WHEREFORE PETITIONER PRAY THIS
HONORABLE COURT WILL GRANT HIM THE
FOLLOWING RELIEF:

1. ISSUE AN ORDER STATING THAT PETITIONER

APPENDIX
ORIGINAL

2. THAT THE RESPONDENT MUST RESPOND TO PETITION FOR WRIT OF MANDAMUS PROHIBITION WITHIN 72 HOURS OF ITS RECEIPT, OR SAID PETITION FOR WRIT OF MANDAMUS PROHIBITION WILL BE GRANTED IN ITS ENTIRETY.

3. THAT THE KING COUNTY JAIL OFFICIALS IMMEDIATELY GIVE PETITIONER UNIMPEDED ACCESS TO his LEGAL MATERIAL.

4. THAT DUE TO ALL THE EXTRAODINARY THINGS GOING ON IN PETITIONERS ACTION his ACTION Should BE TRANSFERRED TO THE DISTRICT OF COLUMBIA FOR DIVERSIT AND TO SERVE THE ENDS of JUSTICE, AND THAT PETITIONER IS BEING UNLAWFULLY held

FOR THE RECORD I CERTIFY UNDER PENALTY OF PERJURY, ON MY UNLIMITED COMMERCIAL LIABILITY THAT, THE FACTUAL ALLEGATIONS MADE HEREIN IS TO THE BEST OF MY KNOWLEDGE, AND UNDERSTANDING, TRUE CORRECT AND COMPLETE, NOT MISLEADING THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH, SO hELP ME GOD;

DATED THIS 30th DAY OF DECEMBER 2007
BY Richard Spruel ESQUIRE
RICHARD SPRUEL, BA#207042847
KING COUNTY JAIL CORRECTIONAL Facility

RS: U.S. DEPARTMENT OF JUSTICE AND UNITED STATES SENATE
EC
WASHINGTON, D.C.
ORIGINAL

# Inmate Medical Grievance #3

APPENDIX 5

(Directions on Back)

4E07UB03

Department of
Adult and Juvenile Detention
**King County** Jail Health Services

Name: RICHARD SPRUEL    BA#: 2070428? Location: E7 UPPER "B"

To: BENGINMAN SANDERS

My grievance is about: THE DIET TRAYS, I WANT TO BE TAKEN OFF THE DIET TRAYS FORTHWITH. IVE FILED NUMEROUS AND REPEATED GRIEVANCE REQUESTING TO BE TAKEN OFF

I tried to solve this problem with staff member (name) YOUR DIET TRAYS HOWEVER, ALL MY

On (date/time) _____ The resolution the staff member stated was: GRIEVANCES HAS BEEN FUTILE. IVE BEEN ASKED TO FILE THIS GRIEVANCE DIRECTLY TO YOU IVE LOST 25 POUNDS

I request the following resolution to my grievance: DUE TO YOUR SO CALL DIET TRAY THUS I REQUEST THE FOLLOWING RESOLUTION TO MY GRIEVANCE TAKE ME OFF ANY AND ALL DIET TRAYS FORTHWITH. "THIS IS A CONTINUAL REQUEST, THANK YOU Richard Spruel ESQUIRE

Inmate Signature    Date/Time OCTOBER 22, 2007 THE TIME IS UNKNOWN

*Expect a response within 10 working days of receipt.*

Response to grievance: Mr. Spruel you been order a diabetic diet because you are a diabetic

_Selena_ PHSS

Supervisor Signature    Date/Time 10/26/07

Delivered to inmate by: _____    Date/Time _____

*To appeal this decision, fill out the next section and give to a staff member within 24 hours of receipt.*

I appeal the decision because: _____

To: _____

Inmate Signature    Date/Time _____

*Expect a response within 10 working days of receipt.*

Response to appeal: _____

_____

_____

08 0367

**FILED**

FEB 2 9 2008

Supervisor Signature    Date/Time

Delivered to inmate by: _____    Date/Time

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1676 Front (Rev. 4/07)

# Inmate Grievance Report

Date Received: OCT 24 2007

Tracking Number: 1 0 0 7 0 8 3

**King County**
Department of
Adult and Juvenile Detention

Name: RICHARD SPRUEL    B/A: 007048847    Location: E7 UPPER 3

**\*\*Refer to the inmate handbook for the "Grievance Procedure Overview."
Failure to follow directives will result in a return of your grievance without review.**

State your grievance in clear, brief and concise statements in the following space only. If your complaint involves a specific incident, you must include date, time, location and personnel involved.

I WANT TO GRIEVE THE MAIL ROOM STAFF AND THE MAIL ROOM SUPERVISOR, ALLEGING DENIAL FIRST AMENDMENT RIGHT TO SEND OUT LEGAL MAIL, TAMPERING WITH UNITED STATES MAIL, OPENING AND READING MY LEGAL MAIL OUT OF MY PRESENCE, RETURNING MY LEGAL MAIL TO ME REFUSING TO MAIL IT OUT AND MAIL CENCORSHIP, ON OCTOBER 16 2007 I TURNED OVER SOME LEGAL MAIL TO KING COUNTY JAIL OFFICER FOR MAILING TO MY AGENT AND ATTORNEY THE ACT. IN NUMBER 1, 2 AND 3 THAT SAME WEEK MY AGENT INFORMED ME THAT HE NEVER

What actions have you taken to resolve this complaint informally? Indicate the date and name(s) of personnel with whom you have attempted to resolve this issue and their response. RECEIVED ENVELOPE 2

ON OCTOBER 18 2007 I TURNED SOME MORE LEGAL MAIL OVER TO KING COUNTY JAIL OFFICERS FOR MAILING TO MY AGENT THE NEXT DAY IT WAS RETURNED TO ME WITH A STICKER ON IT STATING THAT

What actions or resolution are you seeking? MY AGENT IS NOT A MEMBER OF THE BAR ASSOCIATION AND WE AN ATTORNEY THAT THE JAIL ONLY MAIL OUT LEGAL MATERIAL IN SX3 11 ENVELOPES TO ATTORNEYS. THIS IS DENIAL OF FIRST AMENDMENT RIGHT TO SEND MAIL, TAMPERING RE: U.S. DEPARTMENT OF JUSTICE AND UNITED STATES SENATE UNITED

Inmate Signature: Richard Spruel ESQUIRE    Date: OCTOBER 19 2007

Staff Response / Decision:

WITH ONE EXCEPTION, ALL MAIL THAT YOU HAVE SUBMITTED FOR MAILING HAS BEEN MAILED. IT HASN'T BEEN OPENED, READ, OR TAMPERED WITH. A MANILA ENVELOPE WAS RETURNED TO YOU BECAUSE IT WAS NOT ADDRESSED TO EITHER YOUR ATTORNEY, COURT, OR OMBUDSMAN, AS IS REQUIRED TO BE CONSIDERED "LEGAL MAIL". SEE PAGE 40 OF THE INMATE INFORMATION HANDBOOK. THANK YOU.

Staff Name: D. OGLE    Date: 10-28-07

DAJD F-525 Front (9/05)    **\*\*Use the reverse side of this form to submit an appeal.**



# Inmate Medical Grievance

(Directions on Back)



Department of
Adult and Juvenile Detention
Jail Health Services
King County

Name: _____ BA#: _____ Location: _____

To: _____

My grievance is about: DENIAL OF _____

_____

_____

I tried to solve this problem with staff member (name): _____

On (date/time): _____, The resolution the staff member stated was: _____

_____

_____

I request the following resolution to my grievance: _____

_____

_____

_____

_____                    Date/Time _____

Inmate Signature: _____

*Expect a response within 10 working days of receipt.*

Response to grievance: _____

_____

_____

_____

                                                        Date/Time _____

Supervisor Signature _____

Delivered to inmate by: _____  Date/Time _____

*To appeal this decision, fill out the next section and give to a staff member within 24 hours of receipt.*

I appeal the decision because: _____

_____

To: _____

_____

Inmate Signature _____  Date/Time _____

*Expect a response within 10 working days of receipt.*

Response to appeal: _____

_____

_____

_____

                                                        Date/Time _____

Supervisor Signature _____

Delivered to inmate by: _____  Date/Time _____

1678 Front (1/05)

APPENDIX
ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD SPRUEL, PETITIONER, | CAUSE NO. PROPOSED ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, MOTION TO STAY PROCEEDING, AND PETITION FOR WRIT OF MANDAMUS PROHIBITION |
| VS. | |
| STATE OF WASHINGTON, RESPONDENT, | |

THIS MATTER CAME BEFORE THE COURT ON A REGULAR DAY AND THE COURT BEING DULY ADVISED, IT IS THEREFORE HEREBY ORDERED, AND ADJUDED, THAT MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY IN-JUNCTION, MOTION TO STAY PROCEEDING, AND PETITION FOR WRIT OF MANDAMUS PROHIBITION, IS GRANTED.

PROPOSED ORDER GRANTED MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION MOTION TO PROCEEDING AND PETITION FOR WRIT OF MANDAMUS PROHI.

APPENDIX
ORIGINAL

JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLERK, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROPOSED ORDER GRATING MOTION FOR TEMPORARY
RESTRAININ ORDER OR PRELIMINARY INJUNCTION
MOTION TO STAY PROCEEDING AND PETITION FOR
WRIT OF MANDAMUS PROHIBITION,

PAGE 2 OF 2

# APPENDIX

RICHARD SPRUEL
BA 207042847
KING COUNTY JAIL
CORRECTIONAL FACILITY
500   FIFTH AVENUE
SEATTLE, WASHINGTON 9864


JANUARY 29, 2008


CLERKS OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NORTH WEST,
WASHINGTON, DC, 20001

RE: RICHARD SPRUEL VS. STATE OF WASHINGTON
PETITION FOR WRIT OF MANDAMUS PROHIBITION

DEAR MADAM CLERK,

This LETTER IS IN REGARDS TO THE PRO-
POSED ORDER GRANTING MOTION FOR TEMPO-
RARY RESTRAINING ORDER, OR PRELIMINARY
INJUNCTION, MOTION TO STAY PROCEEDING
PETITION FOR WRIT OF MANDAMUS PROHIBITION,
APPENDIX #6, APPENDIX #7 AND APPENDIX #8 RETURNED

# APPENDIX

TO ME BY THE COURT JANUARY 24, 2008
RECEIVED ON JANUARY 28, 2008, THERE MUST
BE SOME MISUNDERSTANDING. ON JANUARY 8, 2008
I FILED A PETITION FOR WRIT OF MANDAMUS
PROHIBITION, IN THE COURT AT BAR, PURSUANT
TO 28 U.S.C. 1331 THE RULE OF DIVERSITY, THE
COURT RETURNED THE PETITION FOR WRIT
OF MANDAMUS PROHIBITION, AND APPENDIX #1
TO ME ON JANUARY 8, 2008, WITH AN ORDER TO
COMPLETE TO APPLICATION TO PROCEED IN FORMA
PAUPERIS, I COMPLETED THE APPLICATION TO
PROCEED IN FORMA PAUPERIS, AND ON JAN-
UARY 14, 2008, I TURNED OVER MY PETITION
FOR WRIT OF MANDAMUS PROHIBITION,
APPENDIX #1 AND THE COMPLETED APPLICATION
TO PROCEED IN FORMA PAUPERIS OVER TO KING
COUNTY JAIL OFFICIALS FOR MAILING TO
THE COURT AT BAR HOWEVER, THE KING
COUNTY JAIL PROVOCATEURS HELD THE PETI-
TION FOR WRIT OF MANDAMUS PROHIBITION
APPENDIX #1 THE APPLICATION TO PROCEED
IN FORMA PAUPERIS, AND MY DECLARATION,
IN THE MAIL ROOM FOR EIGHT DAYS CLAIMING
THAT THE MAIL WAS RETURNED BECAUSE THE
POST OFFICE WERE UNABLE TO DELIVER IT TO
THE COURT, OF COURSE NOTHING COULD BE FURTHER
FROM THE TRUTH, I'M SURE YOU KNOW THAT I
PAGE 20 #4 KNOW THE COURTS ADDRESS BY HEART, AND I CAN AND

WILL PROVE THAT THE MAIL ROOM PRO-
VOCATEURS, DID IN FACT, HOLD MY PETI-
TION FOR WRIT OF MANDAMUS PROHIBITION
AND OTHER SAID LEGAL, MATERIAL, IN THE
MAIL ROOM FOR EIGHT DAYS, EVEN THOUGH
THE ADDRESS WAS CORRECT, AS STATED IN
MY MOTION TO STAY PROCEEDING, IT IS IMPER-
ATIVE THAT THE COURT STAY PROCEEDING
IN RE: STATE OF WASHINGTON VS. RICHARD SPROEL,
KING COUNTY CAUSE NUMBER 07-00326-2 SEA
KING COUNTY SUPERIOR COURT 516 THIRD AVENUE
SEATTLE, WASHINGTON 98104, I ALSO NEED THE
COURT TO GRANT MOTION FOR TEMPORARY RE-
STRAINING ORDER, OR PRELIMINARY INJUNCTION,
DUE TO DENIAL OF MEDICAL CARE, FOOD DEPRI-
VATION, RETALIATION, BY MEDICAL OFFICIALS
MEDICAL STAFF, JAIL OFFICERS, MAIL ROOM
AGENTS PROVOCATEURS, THE COURTS OF THE
STATE OF WASHINGTON AND THE DISTRICT ATTOR-
NEY, DUE TO MALICIOUS PROSECUTION AND MUCH
MUCH MORE IVE GIVEN THE KING COUNTY
JAIL OFFICIALS THE COURTS OF THE OF WASHING
TON, FEDERAL AND STATE, THE OPPORTUNITY TO
CURB THIS ABUSE BUT THEY REFUSED, IAM GOING
TO BE FILING CIVIL ACTION IN THE COURT AT
BAR SOON, HOWEVER, AM NOT SURE IF THE COURT IS
GOING TO SERVE THE DEFENDANTS OR IF AM SUPPOSE TO

THE DEFENDANTS, ANYWAY I AM IN THE PROCESS OF

# APPENDIX

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD SPRUEL, PETITIONER, | CAUSE NO. |
| VS. | PETITION FOR WRIT OF MANDAMUS PROhibition ChALLENGING THE FRAUDULENT PERSONAL RESTRAINT PETITION PENDING IN THE COURT OF APPEALS DIVISION "I UNDER CAUSE NUMBER 91-1-0556-1SEA CAUSE NUMBER 06-1-0580J-8SER AND CAUSE NUMBER 07-1-00326-3SEA |
| STATE OF WASHINGTON, RESPONDENT, | |

PETITION FOR WRIT OF MANDAMUS PROHIBITION.

SET FORTH ARE THE REASON WhY The WRIT ShOULD ISSUE,

### GROUND #1

THE STATE OF WASHINGTON hAS NO

# APPENDIX

## GROUNDS

PETITIONER CATEGORICALLY DENYS THE COURT CLERK ASSERTION, THAT HE FILED A PERSONAL RE-STRAINT PETITION IN THE COURT OF APPEALS, AT NO TIME DID THE PETITIONER EVER FILE PERSONAL RESTRAINT PETITION IN THE COURT OF APPEALS DIVISION "I, NOR DID PETITIONER AUTHORIZE OR ASK JUDGE-HELEN HALPERT, OR ANY ONE ELSE, TO FILE SAID PERSONAL RESTRAINT PETITION ON HIS BEHALF IN THE COURT OF APPEALS DIVISION "I, IN 2007, ON DECEMBER 13, 2007 PETITIONER FILED A PETITION FOR WRIT OF MANDAMUS PROHIBITION, IN THE COURT AT "BAR, CHALLENGING ALLEGED MOTION FOR RELIEF FROM JUDGEMENT OR, ORDER, WHICH JUDGE HALBERT, CLAIM THAT PETITIONER FILED IN HER COURT, A COPY OF PETITION FOR WRIT OF MANDAMUS PROHIBITION, WAS SERVED ON JUDGE HALPERT, KING COUNTY SUPERIOR COURT, NORM, MALENG DISTRICT ATTORNEY FOR THE STATE OF WASHINGTON, AND ON RICHARD D. JOHNSON, COURT ADMINISTRATOR/CLERK COURT OF APPEALS DIVISION "I UNDER CAUSE NUMBER CO7-2050-Icc MTB SO MR. D. JOHNSON, KNEW OR SHOULD HAVE KNOWN, THAT THE MOTION FOR RELIEF FROM JUDGMENT OR ORDER IS BEING, CHALLENGED IN FEDERAL

# APPENDIX

PRODUCE IT.

## GROUNDS

PETITIONER JUDGMENT AND SENTENCE, FOR 1992 AND 1996, UNDER CAUSE NUMBER-91-1-05516-1SEA, IS VOID ANULLITY, FOR SEVERAL REASONS #1 IT VIOLATES EXPOST FACTO LAW, PETITIONER WAS SENTENCE UNDER A NEW LAW IN 1992, AND AGAIN IN 1996, #2 PETITIONER WAS GIVEN AN EXCEPTIONAL SENTENCE IN 1992, AND IN 1996, WITHOUT A JURY CONTRARY TO STATE VS. APPRENDI AND STATE VS. BLAKELY OR APPRENDI VS. US. AND BLAKELY VS. US, OUR UNITED STATES SUPREME COURT HAS HELD, THAT A JUDGE CAN NOT GIVE A DEFENDANT AN EXCEPTION-AL SENTENCE, WITHOUT A JURY. #3 PETITIONER JUDGMENT AND SENTENCE FOR 1992 AND 1996 HAS NO FIND-INGS OF FACT, OR CONCLUSIONS OF LAW, CONTRARY TO RCW 9.94A.120, SEE STATE VS. HEAD, 136 WN.2d AT PAGE 3, THE SUPREME COURT OF THE STATE OF WASHINGTON, HELD THAT A JUDGMENT AND SENTENCE WHICH IS MORE THAN THREE YEARS (3) YEARS OLD, AND HAS NO FINDINGS OF FACT OR CONCLUSIONS OF LAW AT ALL, MUST RE-SULT IN DISMISSAL WITH PREJUDICE, AND THAT ANY ATTEMPT TO CORRECT A JUDGMENT AND SENTENCE WHICH IS MORE THAN THREE

# APPENDIX

AN OFFENDER SCORE OF 18 AND A SERIOUS
LEVEL OFFENDER SCORE OF 32, CONTRARY TO
RCW 9.94A.400 PETITIONER HAS NO PAST
HISTORY OF CRIME THEREFORE HIS OFFENDER
SCORE SHOULD HAVE BE ZERO OR ONE (1) POINT
SEE STATE vs. REYNOSO 127 WN APP AT 119
THIS COURT HELD, THAT A JUDGMENT AND
SENTENCE WHICH HAS A MISCALCULATION
OF OFFENDER IS VOID, A NULLITTY, MR. D. JOHNSON
IS A COURT ADMINISTRATOR/CLERK, AND AS SUCH,
HE KNEW OR SHOULD HAVE KNOWN, THAT WHAT HE IS
DOING IS WRONG, AND THAT HE IS BREAKING
THE LAW, ANY ONE OF THESE GROUNDS WOULD
INVALIDATE THE FRAUDULENT PERSONAL RESTRAINT
PETITION, WHICH PETITIONER NEVER FILED IN
THE COURT OF APPEALS DIVISION ONE "I,

## GROUNDS

PETITIONER IS, BEING DENIED ACCESS TO
PHOTO COPY SERVICES, BY BARBARA MASSEY,
SUPERVISOR OF LIBRARY SERVICES, OF THE KING
COUNTY JAIL, THIS THEN DENYS PETITIONER
HIS UNINALIENABLE AND FUNDAMENTAL FIRST A-
MENDMENT RIGHT OF ACCESS TO THE COURT,
AND TO PETITION THE COURT FOR REDRESS OF
GRIEVANCE, IN ADDITION, PETITIONER IS BEING
DENIED ACCESS TO LAW BOOKS CASE CITES

# APPENDIX

## PETITION FOR WRIT OF MANDAMUS PROHIBITION

## PRAYER FOR RELIEF

WHEREFORE PETITIONER, PRAY THIS COURT WILL GRANT him THE FOLLOWING RELIEF:

1. ISSUE AND ORDER DIRECTING THE RESPONDENT TO RESPOND TO PETITION FOR WRIT OF MANDAMUS PROHIBITION WITHIN 72 HOURS OF ITS RECEIPT, OR PETITION FOR WRIT OF MANDAMUS PROHIBITION WILL BE GRANTED IN ITS ENTIRETY

2. THAT THE KING COUNTY JAIL IMMEDIATELY GIVE PETITIONER UN IMPEDED, ACCESS TO HIS LEGAL MATERIAL WHICH CONTAIN EXCULPATORY EVIDENCE, AND UN IMPEDED ACCESS TO PHOTO COPY SERVICES AND ALL OTHER TOOLS NECESSARY FOR PURSUING LEGAL MATTERS.

ON THIS 16th DAY OF JANUARY 2008

BY Richard Spruel Esquire

RICHARD SPRUEL, BA#20704247

KING COUNTY JAIL CORRECTIONAL FACILITY

500 FIFTH AVENUE

SEATTLE, WASHINGTON 98104

# APPENDIX
## ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD SPRUEL, PETITIONER, | CAUSE No. |
| VS. | MOTION TO STAY PROCEEDING |
| STATE OF WASHINGTON, RESPONDENT, | |

COMES NOW PETITIONER AND MOVES THIS COURT FOR A MOTION TO STAY PROCEEDING IN STATE OF WASHINGTON VS. RICHARD SPRUEL KING COUNTY CAUSE NUMBER 07-1-00326-2SEA PURSUANT TO RULE(7) THE RULE OF FEDERAL CIVIL PROCEDURE,

(1) THIS MOTION IS BASED UPON THE FILES AND RECORDS OF THIS ACTION AND PETITIONER MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION AND AFFIDAVIT IN-SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION WHICH WAS TURNED OVER TO KING COUNTY JAIL OFFICIALS FOR MAILING TO THE COURT AT BAR, ON JANUARY

## APPENDIX
## ORIGINAL

17, 2008, IN ADDITION, PETITIONER ALSO TURNED
OVER A COPY OF THE COURT ORDER FORCING
PETITIONER TO COME TO COURT FOR A CASE SETT-
ING HEARING, ON JANUARY 15, 2008, MARKED
AS APPENDIX #7 A LETTER AND APPENDIX 8, WHICH
WAS TURNED OVER TO KING COUNTY JAIL OFFICIALS
ON JANUARY 20, 2008, PETITIONER TURNED OVER
SEVERAL OTHER APPENDIXS AND A PROPOSED ORDER
GRANTING MOTION FOR TEMPORARY RESTRAINING
ORDER OR PRELIMINARY INJUNCTION, PETITION
FOR WRIT OF MANDAMUS PROHIBITION, AND
MOTION TO STAY PROCEEDING, AND FURTHERMORE
ON JANUARY 14, 2008, PETITIONER TURNED OVER HIS
PETITION FOR WRIT OF MANDAMUS PROHIBITION,
WITH APPLICATION FOR PROCEEDING INFORMA
PAUPERIS, AND DECLARATION WHICH WAS ORIGINALLY
FILED IN THE COURT AT BAR ON JANUARY 14, 2008
HOWEVER, THE TWO AGENTS JAIL MAIL ROOM
PROVOCATEURS HELD THE PETITION FOR WRIT
OF MANDAMUS PROHIBITION, DECLARATION AND
AND APPENDIX #1 IN THE MAIL ROOM FOR EIGHT DAYS
THESE TWO INDIVIDUALS WILL SOON BE UNDER IN
VESTIGATION BY THE UNITED STATES POSTAL SERVICE
MY NEPHEW WORKS FOR THE US POSTAL SERVICE AND
PETITIONER IS IN THE PROCESS OF FILING A COMPLAINT IN
HIS OFFICE, THE KING COUNTY JAIL WILL NOT ALLOW

# APPENDIX
## ORIGINAL

PETITIONER TO MAKE LONG DISTANCE PHONE CALLS
FOR EXAMPLE, ON NOVEMBER 14, 2007, PETITIONER
PURCHASE A TWENTY DOLLAR PHONE CARD FROM
THE KING COUNTY JAIL COMMISSARY. ON JANUARY
23, 2008, PETITIONER USE HIS PHONE CARD FOR
THE FIRST TIME, HOWEVER, WHEN HE ATTEMPTED TO
MAKE A LONG DISTANCE PHONE CALL A RECORDING
SAID THAT THE NUMBER ON THE PHONE CARD IS
INVALID, HOW CAN THIS BE IF PETITIONER NEVER
USE THE PHONE CARD, THIS COUPLE WITH THE KING
COUNTY JAIL MAIL ROOM AGENTS PROVOCATEURS
TAMPERING WITH PETITIONER LEGAL MAIL, DENIAL
OF ACCESS TO HIS LEGAL MATERIAL WHICH CONTAIN
EXCULPATORY EVIDENCE, THE DISTRICT ATTORNEY WITH
HOLDING EXCULPATORY EVIDENCE, DENYING PUBLIC DIS-
CLOSURE OF THEIR CRIMINAL LITIGATION FILES, THE COURT
SHOULD GRANT MOTION TO STAY PROCEEDING TO SERVE
THE ENDS OF JUSTICE. PETITIONER AGENT WILL BE
CALLING THIS COURT TO ENSURE THAT THE COURT
HAVE RECEIVED ALL THE LEGAL MATERIAL MENTION
HEREIN.

## CONCLUSION

FOR THE REASONS STATED HEREIN AND MORE
FULLY OUTLINED IN VARIOUS PLEADINGS FILED IN THE
COURT AT BAR THE COURT SHOULD GRANT MOTION TO
STAY PROCEEDING IN ITS ENTIRETY.

'APPENDIX
ORIGINAL

DATED This _____ DAY OF JANUARY 2008

BY Richard ~~Spruely~~ ESQUIRE
RICHARD SPRUELY, BA # 207042847
KING COUNTY JAIL CORRECTIONAL FACILITY
500    FIFTh   AVENUE
SEATTLE, WASHINGTON 98104

RS:
CC MEGAN POWERS, US DEPARTMENT OF JUSTICE
CIVIL RIGHT DIVISION WASHINGTON, D,C,
JOHN CONYERS, UNITED STATES SENATE WASHINGTON, D.C.
AND MAXINE WATERS, UNITED STATES SENATE WASHINGTON, D.C.

PAGE 4 OF 4    MOTION TO STAY PROCEEDING

APPENDIX
ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD SPRUEL,
PETITIONER,

VS.

STATE OF WASHINGTON
RESPONDENT,

CAUSE NO

DECLARATION OF
RICHARD SPRUEL

I, RICHARD SPRUEL, BEING FIRST DULY
SWORN UPON OATH DEPOSES AND SAYS:

(1) I AM A CITIZEN OF THE UNITED STATES
AM, OVER THE AGE OF EIGHTEEN, A COMPE-
TENT TO BE A WITNESS THEREIN AND
MAKE THIS DECLARATION BASED ON
FIRST HAND KNOWLEDGE,

(2) I AM THE PETITIONER IN THE ABOVE
ENTITLE ACTION, AND I MAKE THIS DECLA-
RATION FROM THE THINGS WHICH OCCURRED
ON THE DATE SHOWN ON PAGE TWO OF THIS
DECLARATION, I AM TURNING MY PETITION
FOR WRIT OF MANDAMUS PROHIBITION
AND APPENDIX "I" OVER TO KING COUNTY
JAIL OFFICIALS FOR MAILING

APPENDIX
ORIGINAL

(4)    A COPY OF [        ] FOR WRIT OF
MANDAMUS PROHIBITION IS ALSO
BEING SENT

(5)    TO: NORM MALENG
DISTRICT ATTORNEY FOR THE
STATE OF WASHINGTON
KING COUNTY COURTHOUSE WEST 554
516 THIRD AVENUE
SEATTLE, WASHINGTON 98104

FOR THE RECORD I CERTIFY UNDER PENALTY
OF PERJURY, ON MY UNLIMITED COMMERCIAL
LIABILITY THAT THE FACTUAL STATEMENTS
MADE HEREIN IS, TO THE BEST OF MY
KNOWLEDGE, AND UNDERSTANDING, TRUE
CORRECT, AND COMPLETE, NOT MISLEADING
THE TRUTH, THE WHOLE TRUTH, AND NOTHING
BUT THE TRUTH, SO HELD ME GOD."

DATED THIS 13th DAY OF JANUARY 2008

BY Richard Spruel ESQUIRE
RICHARD SPRUEL, BA*207042847
KING COUNTY JAIL CORRECTIONAL FACILITY
500    FIFTH AVENUE
SEATTLE, WASHINGTON 98104